AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VICTOR JERRY TURNER,

    Plaintiff,

    v.

CHATHAM COUNTY DETENTION CENTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-232

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 11, 2023, Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted. This civil action stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

October 11, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Candy Cobell_
(By) Deputy Clerk

GAS Rev 10/2020